NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendant
California State Automobile Association

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ARIEL CASPER, an individual; and NATALIE DELUCIA, as natural parent and legal guardian of ALEXANDRIA ICKES, a minor, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA STATE AUTOMOBILE ASSOCIATION, a California Corporation d/b/a AAA NEVADA INSURANCE COMPANY; DOES I through X, Inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:11-cv-00748-RLH-LRL |

### STIPULATION TO: (1) LIMIT RECOVERABLE DAMAGES TO $75,000 AND (2) TO REMAND TO NEVADA STATE COURT

This action was originally filed in the Eighth Judicial District Court of the State of Nevada on March 23, 2011, and thereafter removed to this Court on May 10, 2011. In consideration of a stipulation to remand to State Court, Plaintiffs, Ariel Casper and Natalie

NRR-19275

Delucia, as natural parent and legal guardian of Alexandria Ickes ("Plaintiffs"), stipulate that, if they were to recover damages against Defendant, Western United Insurance Company, incorrectly sued herein as California State Automobile Association dba AAA Nevada Insurance Company ("Defendant"), for all allegations in their Complaint, the total of the damages awarded to both Plaintiffs will in no event exceed the total sum of Seventy-Five Thousand Dollars ($75,000.00). Accordingly, the parties stipulate as follows:

1. This case arises out of an underinsured motorist claim made by Plaintiffs, Ariel Casper and Natalie Delucia, as natural parent and legal guardian of Alexandria Ickes. Prior to making an underinsured motorist claim against Defendant, both Plaintiffs recovered $5,000.00 in medpay coverage from Defendant.

2. As a result of Western United Insurance Company paying $5,000 in medpay coverage to each Plaintiff, Defendant is entitled to the same in an offset to any potential recovery awarded to Plaintiffs.

3. Pursuant to this Stipulation, under no circumstances can Plaintiffs, Ariel Casper, individually, and Natalie Delucia, as natural parent and legal guardian of Alexandria Ickes, recover more than $75,000 total for both claims in judgment from Defendant.

4. In no event shall judgment be entered in favor of Plaintiffs, Ariel Casper, individually, and Natalie Delucia, as natural parent and legal guardian of Alexandria Ickes, awarding damages, whether general, special, punitive or otherwise, in an amount in excess of $75,000.00 total for both claims. Such amount does not include attorneys' fees, costs or interest that Plaintiffs would claim as a prevailing party;

5. Plaintiffs, Ariel Casper and Natalie Delucia, as natural parent and legal guardian of Alexandria Ickes, acknowledge and agree that the total amount of damages for the combined claims, whether general, special, punitive or otherwise, incurred or sustained from any and all

NRR-19275

claims arising out of or relating to this action, regardless of claim or theory of liability and regardless of whether presently pled or not, is not greater that the total sum of $75,000.00, and they will neither seek nor accept any award of damages in this action greater than this sum;

6. By entering into this stipulation, Defendant neither acknowledges nor concedes any liability with respect to any claims brought by Plaintiffs, Ariel Casper and Natalie Delucia, as natural parent and legal guardian of Alexandria Ickes, whether original or as may be amended;

7. This action shall be remanded to Nevada District Court, Clark County.

DATED this 27 day of June, 2011.

HENNESS & HAIGHT

_____
MARK G. HENNESS, ESQ.
Nevada Bar No.: 005842
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

DATED this 29th day of June, 2011.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____
NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
*Attorneys for Defendant*

DATED this 29th day of June, 2011.

RANALLI & ZANIEL

/s/ George Ranalli
_____
GEORGE RANALLI, ESQ.
Nevada Bar No.: 5748
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
*Co-Counsel for Defendant*

ORDER

IT IS SO ORDERED.

Dated this 30th day of June, 2011.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

NRR-19275